IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MARCOS A. RIVERA,** | : | **CIVIL ACTION** |
| *Petitioner*, | : | |
| | : | |
| v. | : | |
| | : | |
| **SUPERINTENDENT KEVIN J. RANSOM,** | : | |
| *et al.*, | : | **NO. 21-cv-4178** |
| *Respondents*. | : | |

## ORDER

**NOW**, this **29th** day of **August 2025**, upon consideration of the Petition for Writ of *Habeas Corpus* (ECF No. 1), the response to the Petition (ECF No. 33), Petitioner's Reply (ECF Nos. 34, 37), the Report and Recommendation filed by United States Magistrate Judge Pamela A. Carlos (ECF No. 39), and no objections to the Report and Recommendation having been filed, and after a thorough and independent review of the record, it is **ORDERED** that:

1. The thorough and well-reasoned Report and Recommendation of Magistrate Judge Pamela A. Carlos is **APPROVED** and **ADOPTED**;

2. The Petition for Writ of *Habeas Corpus* is **DISMISSED WITH PREJUDICE**; and

3. No certificate of appealability shall issue because the petitioner has not made a substantial showing of the denial of a constitutional right under 28 U.S.C. § 2253(c)(2).

BY THE COURT:

/s/ CHAD F. KENNEY
_____
**CHAD F. KENNEY, JUDGE**