**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **MARCOS A. RIVERA,** | : | **CIVIL ACTION** |
| *Petitioner*, | : | |
| | : | |
| **v.** | : | **NO. 21-cv-4178** |
| | : | |
| **SUPERINTENDENT KEVIN J. RANSOM,** | : | |
| *et al.*, | : | |
| *Respondents*. | : | |

## ORDER

**AND NOW**, this **10th** day of **March 2026**, upon consideration of Petitioner's Motion 60(b) Seeking Judicial Leave by This Honorable Court to Re-Open the Above Captioned Matter on Grounds of Fraud and/or Miscarriage of Justice (the "Rule 60(b) Motion") (ECF No. 43), and the Respondents' Response to Motion for Relief from Judgment (ECF No. 48), it is hereby **ORDERED** as follows:

1. Petitioner's Rule 60(b) Motion (ECF No. 43) is **DENIED** for the reasons stated in the accompanying memorandum opinion.

2. The Court will **DISMISS WITHOUT PREJUDICE** the claims that Petitioner raised that are properly considered as a successive habeas petition for the reasons stated in the accompanying memorandum opinion.

3. No certificate of appealability shall issue because Petitioner has not made a substantial showing of the denial of a constitutional right under 28 U.S.C. § 2253(c)(2).

**BY THE COURT:**

**/s/ Chad F. Kenney**

_____

**CHAD F. KENNEY, JUDGE**